```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 20311
   LEE E FRAZIER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-8306


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/31/2007 and was not confirmed.

     The case was dismissed without confirmation 06/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID            PAID
------------------------------------------------------------------------------

WELLS FARGO HOME MORTGAG CURRENT MORTG       .00            .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE    24457.88          .00            .00
WELLS FARGO              NOTICE ONLY     NOT FILED         .00            .00
WELLS FARGO HOME MTG     NOTICE ONLY     NOT FILED         .00            .00
WELLS FARGO BANK         NOTICE ONLY     NOT FILED         .00            .00
WELLS FARGO FINANCIAL    NOTICE ONLY     NOT FILED         .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY        NOT FILED         .00            .00
LVNV FUNDING             UNSEC W/INTER    1363.99          .00            .00
CITIBANK                 NOTICE ONLY     NOT FILED         .00            .00
OTHA MIMS                UNSEC W/INTER  NOT FILED          .00            .00
PROVIDIAN NATIONAL BANK  UNSEC W/INTER  NOT FILED          .00            .00
PROVIDIAN NATIONAL BANK  NOTICE ONLY     NOT FILED         .00            .00
HSBC BANK NEVADA NA      UNSEC W/INTER     514.53          .00            .00
SEARS                    NOTICE ONLY     NOT FILED         .00            .00
WELLS FARGO BANK         NOTICE ONLY     NOT FILED         .00            .00
CAPITAL ONE              UNSEC W/INTER     156.32          .00            .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER    2181.77          .00            .00
HSBC BANK NEVADA NA      UNSEC W/INTER     329.70          .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     610.51          .00            .00
INTERNAL REVENUE SERVICE PRIORITY        14680.34          .00            .00
INTERNAL REVENUE SERVICE UNSECURED        5491.00          .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED         504.46          .00            .00
TIMOTHY K LIOU           DEBTOR ATTY         .00                          .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                       1,714.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,714.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 20311 LEE E FRAZIER
```

```
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                      1,714.00
                                   ---------------    ---------------
TOTALS                                    1,714.00           1,714.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 07 B 20311 LEE E FRAZIER